HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-072-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |
| ROBERT VAN CAMP, | ) | |
| Defendant. | ) | |

The defense moves for an order continuing the pretrial motions deadline from January 13, 2023, to January 27, 2023. Based on the reasons presented and the records and files herein, the motion is GRANTED. The new pretrial motions deadline will be January 27, 2023.

DATED this 18th day of January 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Robert Van Camp

ORDER TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Van Camp*, CR22-072-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100