THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT VAN CAMP, <br><br> Defendant. | No. CR22-072-RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO |

THE COURT has considered Mr. Van Camp's unopposed motion to proceed with the change of plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video change of plea hearing should take place as soon as practical and comports with Gen. Ord. No. 04-20 (March 30, 2020); *see also* W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that Mr. Van Camp is permitted to appear by video conference for the change of plea hearing.

DATED this 15th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO PROCEED WITH CHANGE OF
PLEA HEARING BY VIDEO
(*USA v. Van Camp*, CR22-072-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2  Presented by:
3  s/ *Jesse Cantor*
   Assistant Federal Public Defender
4  Attorney for Robert Van Camp
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO PROCEED WITH CHANGE OF
PLEA HEARING BY VIDEO
(*USA v. Van Camp*, CR22-072-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**