THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT VAN CAMP, ) <br> ) <br> Defendant. ) <br> ) | No. CR22-072-RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO RETURN PASSPORT |

ROBERT VAN CAMP, through counsel, requests that his passport be returned now that the proceedings have concluded. With no opposition from the government, the court GRANTS the defendant's motion. The Clerk of the Court is hereby ordered to return the defendant's passport directly to the defendant or to his representative.

SO ORDERED this 25th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Robert Van Camp

ORDER RETURN PASSPORT
(*U.S. v. Van Camp*, CR22-072-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100