THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-072-RSM |
| Plaintiff, | |
| v. | ORDER ALLOWING INTERNATIONAL TRAVEL |
| ROBERT VAN CAMP, | |
| Defendant. | |

THE COURT has considered Mr. Van Camp's Unopposed Motion to Allow for International Travel and the records in this case.

IT IS ORDERED that Mr. Van Camp is allowed to travel to Cancun, Mexico from April 11 through April 18, 2025.

IT IS ALSO ORDERED that Mr. Van Camp will provide United States Probation with his flight itinerary and accommodation details prior to his departure.

DONE this 6th day of March 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Robert Van Camp

ORDER ALLOWING INTERNATIONAL TRAVEL
(*United States v. Van Camp*, No. CR22-072-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100